**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CAMERON REPASS, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-cv-00336-JCM-GWF |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| STATE OF NEVADA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner Cameron Repass has filed an application to proceed *in forma pauperis* and a motion for appointment of counsel (ECF Nos. 1 and 2). He has not, however, submitted an actual petition with which to commence the action. *See* Fed. R. Civ. P. 3. Without an initiating pleading, the petition, the matter will be dismissed and the file closed. However, the clerk will be directed to send petitioner the form and instruction for preparing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The clerk shall also be directed to return to petitioner a copy of the documents he has filed in this action. Once the petition is ready, petitioner may submit the *in forma pauperis* application and motion for counsel, and the clerk shall open a new action.

**IT IS THEREFORE ORDERED** that the clerk shall send to petitioner two copies of the form and one set of instructions for preparing and filing a § 2254 habeas petition.

**IT IS FURTHER ORDERED** that the clerk shall send to petitioner a copy of the *in forma pauperis* application and the motion for counsel petitioner has submitted in this case.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.** The clerk shall enter judgment accordingly.

Dated this 22nd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE